JENNIFER J. JOHNSTON - State Bar No. 125737
SANDRA L. IGOU - State Bar No. 208354
CONDON & FORSYTH LLP
1801 Avenue of the Stars, Suite 1450
Los Angeles, California 90067-5813
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
KOREAN AIR LINES CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE KYUN CHO, MIN CHO,<br><br>    Plaintiffs,<br><br>vs.<br><br>KOREAN AIR LINES CO., LTD.,<br><br>    Defendants. | CASE NO. CV 00-12691 LGB (BQRx)<br><br>STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE OF ALL CLAIMS |

//

//

//

//

//

//

//

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No CV 00-12691 LGB (BQRx))

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between plaintiffs HEE KYUN CHO and MIN CHO, and Defendant KOREAN AIR LINES CO., LTD., through their respective attorneys of record, that all claims asserted by plaintiffs against defendant in the above-entitled matter, shall be dismissed with prejudice, each party to bear his, her or its own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

DATED: December 24, 2001

LAW OFFICES OF ALBERT PASSARETTI

By: _____
ALBERT PASSARETTI
Attorney for Plaintiffs
HEE KYUN CHO AND MIN CHO

DATED: ~~December~~ January 2, 2002

CONDON & FORSYTH LLP

By: _____
JENNIFER J. JOHNSTON
SANDRA L. IGOU
Attorneys for Defendant
KOREAN AIR LINES, CO., INC.

IT IS SO ORDERED.

DATED: JAN - 7 2002

*[signature]*

UNITED STATES DISTRICT JUDGE
HONORABLE LOURDES G. BAIRD

CONDON & FORSYTH LLP
1801 Avenue of the Stars, Suite 1450
Los Angeles, California 90067
Telephone. (310) 557-2030

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. CV 00-12691 LGB (BQRx))

3

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1801 Avenue of the Stars, Suite 1450, Los Angeles, California 90067.

On January 4, 2002, the foregoing document described as **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** on the interested parties in this action by placing [ ] the original [x] a true copy thereof enclosed in a sealed envelope addressed as follows:

> Albert Passaretti, Esq.
> Attorney at Law
> 6363 Wilshire Boulevard
> Suite 406
> Los Angeles, California 90048

(X) **By Mail in the Ordinary Course of Business.** I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be enclosed in a sealed envelope, with postage thereon fully prepaid, and deposited with the United States Postal Service at Los Angeles, California, on the same day this declaration was executed.

( ) **By Overnight Courier.** I caused the above-referenced document(s) to be delivered by an overnight courier service to those persons identified on the attached service list.

( ) **By Facsimile.** I caused the above-referenced document(s) to be transmitted by facsimile machine to those persons identified above.

( ) **By Personal Service.** I personally delivered the above-referenced documents by hand.

Executed on January 4, 2002, at Los Angeles, California.

[X] (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[ ] (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Monica L. Johnson*
Monica L. Johnson